IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                        No. CIV S-10-2481 JAM DAD

    vs.

MOHINDER K. SANWAL, et al.,

    Defendants.                ORDER TO SHOW CAUSE

_____/

        This matter came before the court on June 17, 2011, for hearing on plaintiff's motion for default judgment filed April 18, 2011 (Doc. No. 10). No appearance was made by or on behalf of plaintiff or any defendant. In light of the moving party's failure to appear, the matter was dropped from the calendar. Within fourteen days after this order is filed, plaintiff shall show cause in writing why $150 in sanctions should not be imposed on him for failing to appear at the hearing which he noticed. Within that time, plaintiff shall also re-notice or withdraw his pending motion.

        IT IS SO ORDERED.

DATED: June 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\johnson2481.hrg061711.osc