1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    SCOTT N. JOHNSON,

10            Plaintiff,                    No. CIV S-10-2481 JAM DAD

11        vs.

12    MOHINDER K. SANWAL, et al.,

13            Defendants.                   <u>ORDER</u>

14    _____/

15            Plaintiff has been ordered to show cause in writing why $150 in sanctions should

16    not be imposed for his failure to appear on June 17, 2011 for the hearing of a motion he noticed.

17    In response, plaintiff states that he forgot the hearing although it was on his calendar.  Plaintiff

18    previously failed to appear on February 11, 2011 for the hearing of a motion he noticed before

19    the undersigned in <u>Johnson v. Karin Cocktails, Inc.</u>, Case No. CIV S-09-3337 MCE DAD.

20    Although sanctions will not be imposed in this instance, plaintiff is cautioned that any failure to

21    appear at the hearing of a motion he has noticed in the future is likely to result in the imposition

22    of monetary sanctions.  The court's order is show cause (Doc. No. 13) is discharged.

23            IT IS SO ORDERED.

24    DATED: June 24, 2011.

25

26    DAD:kw
      Ddad1\orders.civil\johnson2481.osc.dsch

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE